IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:21cr489-MHT** |
| | ) | **(WO)** |
| **ALVIN LEE McCARY** | ) | |

**ORDER**

Based on the representations made on the record on April 13, 2023 (Doc. 44), and in light of the order entered on December 14, 2022, finding that defendant Alvin Lee McCary was mentally incompetent for trial and directing that he be committed to the custody of the Attorney General for further evaluation on the possibility of future restoration, *United States v. McCary*, 2022 WL 17668705, (M.D. Ala. 2022), it is ORDERED that:

(1) Defendant Alvin Lee McCary's motion to dismiss (Doc. 45) is granted to the extent that the government is DIRECTED to transport defendant McCary to the appropriate BOP facility so that he arrives by no later

than May 15, 2023.  The United States Marshal Service is to take appropriate steps to assure that defendant McCary arrives at the facility by May 15, 2023.

(2) Said motion is denied to the extent that defendant McCary seeks dismissal of the indictment, although the court's dismissal is with leave to renew should the government, including the United States Marshal Service, not carry out the directive in the preceding paragraph.

DONE, this the 13th day of April, 2023.

/s/ Myron H. Thompson  
**UNITED STATES DISTRICT JUDGE**