IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:21cr489-MHT** |
| | ) | **(WO)** |
| **ALVIN LEE McCARY** | ) | |

## ORDER

Upon consideration of the government's unopposed motion for a special trial setting (Doc. 89), including the government's representation that the current trial setting will not permit one of its key witnesses to testify, and because granting the motion will not result in improper delay under the Speedy Trial Act because voir dire would proceed as previously scheduled on March 18, 2024, *see United States v. Gonzalez*, 671 F.2d 441, 443 (11th Cir. 1982) ("[F]or purposes of the [Speedy Trial] Act, a jury trial 'commences' when the court begins the voir dire."), it is ORDERED that:

(1) The unopposed motion for a special trial setting (Doc. 89) is granted.

(2) Jury selection shall take place as previously set on March 18, 2024, at 10:00 a.m.

(3) The remainder of the trial is continued to and specially set for March 25, 2024, at 10:00 a.m.

DONE, this the 4th day of March, 2024.

                                         /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE