IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:21cr489-MHT |
| | ) | (WO) |
| ALVIN LEE McCARY | ) | |

## ORDER

In light of the consent filed by the parties (Doc. 103), it is ORDERED that this action is referred to the U.S. Magistrate Judge for the selection of the jury pursuant to 28 U.S.C. § 636(b)(3) and Local Rule 72.2. *See Peretz v. United States*, 501 U.S. 923 (1991). Any appeal of a decision of the magistrate judge made during jury selection will lie to the court of appeals as it would if made by a district judge.

DONE, this the 12th day of March, 2024.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**