IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:21cr489-MHT** |
| | ) | **(WO)** |
| **ALVIN LEE McCARY** | ) | |

### ORDER

In preparation for tomorrow's hearing, it is ORDERED that the parties are to have reviewed in detail the following cases: *United States v. Peete*, 781 F. App'x 427 (6th Cir. 2019), as well as *United States v. Sims*, No. 21-11966, 2022 WL 17088478 (11th Cir. Nov. 21, 2022); *United States v. Mathis*, 778 F. App'x 816 (11th Cir. 2019); and *United States v. Taylor*, 122 F.3d 685 (8th Cir. 1997).

The parties shall come prepared to bring any other cases with similar or identical <u>factual circumstances</u> to the instant case to the court's attention.

DONE, this the 13th day of March, 2024.

                                       **/s/ Myron H. Thompson**
                                  **UNITED STATES DISTRICT JUDGE**