IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:21cr489-MHT** |
| | ) | **(WO)** |
| **ALVIN LEE McCARY** | ) | |

**ORDER**

Based on the representations made during a status conference on March 14, 2024, including defense counsel's representation that he had no authority to support defendant Alvin Lee McCary's pending motion in limine and could not distinguish contrary authority, and, the court in the exercise of its discretion being convinced by the contrary authority, it is ORDERED that the motion in limine to exclude evidence related to the alleged shooting on July 22, 2020, is denied.  The court will determine at trial the extent to which the government may admit evidence, such as photographs of the alleged victim's wounds, highlighting the details of the alleged shooting.

DONE, this the 14th day of March, 2024.

                              /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**