IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:21cr489-MHT
                            )             (WO)
ALVIN LEE McCARY            )
```

## ORDER

Based on the representations made during a status conference on March 14, 2024, including defense counsel's representation that defendant Alvin Lee McCary will not stipulate to having been convicted of a felony, and the government's representation that it plans on introducing evidence that defendant McCary had several felonies on his record to establish that he could not lawfully possess a firearm at the time he allegedly committed the charged offense, it is ORDERED that the court will not bifurcate the trial into a guilt phase and a second phase to determine whether defendant McCary qualifies for an enhanced sentence under the Armed Career Criminal Act, 18 U.S.C.

§ 924(e).  Defense counsel shall immediately notify the court if, after further consultations with defendant McCary, he concludes that bifurcation is appropriate.

DONE, this the 14th day of March, 2024.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**