IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:21cr489-MHT** |
| | ) | **(WO)** |
| **ALVIN LEE McCARY** | ) | |

SUPPLEMENTAL ORDER

In its order denying defendant Alvin Lee McCary's motion in limine to exclude evidence of an alleged shooting on July 22, 2020, the court did not respond explicitly to defendant McCary's argument that such evidence would be unfairly prejudicial and should be excluded under Federal Rule of Evidence 403. *See* Order (Doc. 113) at 1.

Accordingly, it is ORDERED that the court supplements and clarifies its decision to deny the motion in limine by finding that, for reasons similar to those discussed in *United States v. Peete*, 781 F. App'x 427 (6th Cir. 2019), any danger of unfair prejudice inherent in the evidence of the alleged

shooting does not substantially outweigh its probative value.

DONE, this the 14th day of March, 2024.

                                            /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**