**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| **v.** | ) | **2:21cr489-MHT** |
| | ) | **(WO)** |
| **ALVIN LEE McCARY** | ) | |

**ORDER**

On March 27, 2024, after this cause had been submitted to a jury, the jury, which had 12 members, found defendant Alvin Lee McCary guilty of one count of possessing a firearm as a convicted felon in violation of 18 U.S.C. § 922(g)(1). The jury further determined that, at the time of the offense, McCary had three felony convictions on his criminal record and that those convictions reflected crimes committed on three different occasions. Finally, counsel for the parties asked that they be allowed to brief the "violent felony" issue should the jury make the determinations that it did.

Accordingly, it is ORDERED that:

(1) No later than ten business days before the sentencing hearing, government and defense counsel shall file briefs addressing whether defendant Alvin Lee McCary's three offenses qualify as "violent felon[ies]" under the Armed Career Criminal Act.  18 U.S.C. § 924(e)(1).

(2) Any cross-replies shall be filed no later than five business days before the sentencing hearing.

DONE, this the 28th day of March, 2024.

                                      /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE