IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:21cr489-MHT
                            )             (WO)
ALVIN LEE McCARY            )
```

## SUPPLEMENTAL ORDER ON TREATMENT-RELATED CONDITIONS OF SUPERVISED RELEASE

In accordance with the conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) As soon as possible, and at the latest within 45 days of commencement of supervised release, the United States Probation Office shall arrange for defendant Alvin Lee McCary to receive a psychiatric evaluation to determine whether he needs medication and to avoid any interruption in medication he was receiving in prison.

(2) The probation department shall also arrange for defendant McCary to receive a psychological evaluation as soon as possible, and at the latest within 45 days

of commencement of supervised release, to determine what mental-health treatment(s) he needs while on supervised release.

(3) Within 60 days of the commencement of supervised release, the United States Probation Office shall file a report on the status of the items required above and on how defendant McCary is faring on supervision.

DONE, this the 29th day of October, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE